```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                           CASE NO. 07 B 09341
   CESAR A. LOPEZ
                                                 CHAPTER 13

                                                 JUDGE: BRUCE W BLACK
          Debtor
   SSN XXX-XX-1309


------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.   The case was filed on 05/22/07 .

     2.   The case was dismissed without confirmation, 09/21/2007.

     3.   The Debtor paid a total of $     867.03 .

     4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | SECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| ATG CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CALVARY PORTFOLIO SERV | UNSECURED | NOT FILED | .00 | .00 |
| CBE GROUP | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY/PVN | UNSECURED | NOT FILED | .00 | .00 |
| JVDB & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| LVNV FUNDING | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL AUTO FINANCE CO | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SRV | UNSECURED | NOT FILED | .00 | .00 |
| NICOR CAS | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT | UNSECURED | NOT FILED | .00 | .00 |

```
          Summary of disbursements:
------------------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED      OTHER       TOTAL
------------------------------------------------------------------------------
```

```
TOTAL CLMS ALLOWED              .00          .00          .00          .00          .00
PRINCIPAL PAID                  .00          .00          .00          .00          .00
INTEREST PAID                   .00          .00          .00          .00          .00
TOTAL PAID                      .00          .00          .00          .00          .00
```

The Debtor's attorney, ROBERT V SCHALLER            , was allowed $    904.00
and was paid $    688.00  direct and $    216.00  through the plan.

The Trustee received $    13.30 .

Refunds to the Debtor totaled $    637.73 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/13/08                        /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE